# Exhibit 1



February 25, 2025



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
P.O. Box 82521
Lincoln, NE 68501-2521

**U.S. Citizenship
and Immigration
Services**

GEORGINA MOJICA
c/o GONZALEZ OLIVIERI LLC
2200 SOUTHWEST FWY STE 550
HOUSTON, TX 77098



EAC1706351415



RE: GEORGINA MOJICA
I-918, Petition for U Nonimmigrant Status

A212-922-902

## DECISION

On October 10, 2024, USCIS issued a Request for Evidence, providing you 84 days to respond. The time period to respond has elapsed and, as of this date, there is no record of a response to that request.

Title 8, Code of Federal Regulations ("8 CFR") section 103.2(b)(13)(i) states, in pertinent part:

If the petitioner or applicant fails to respond to a request for evidence or to a notice of intent to deny by the required date, the benefit request may be summarily denied as abandoned, denied based on the record, or denied for both reasons.

Accordingly, your visa petition is denied as abandoned.

A denial due to abandonment may not be appealed. However, there are limited motion rights. You may file a motion to reopen a petition or application denied due to abandonment with evidence that the decision was in error because:

1. The requested evidence was not material to the issue of eligibility;
2. The required initial evidence was submitted with the application or petition, or the request for initial evidence or additional information or appearance was complied with during the allotted period; or
3. The request for additional information or appearance was sent to an address other than that on the application, petition, or notice of representation, or you advised USCIS, in writing, of a change of address or change of representation subsequent to filing and before USCIS' request was sent, and the request did not go to the new address.

If you believe this decision to be in error, you may file a motion to reopen on Form I-290B, Notice of Appeal or Motion. It must be filed within 33 days from the date of this notice. You must send your completed Form I-290B and supporting documents with the appropriate filing fee to:

U.S. Citizenship and Immigration Services
Nebraska Service Center
850 "S" Street
Lincoln, NE 68508-1225

To obtain the Form I-290B, visit www.uscis.gov/forms. For the latest information on filing location, fee, and other requirements, refer to the Form I-290B instructions; review 8 CFR 103.3 or 103.5; call our USCIS Contact Center at 1-800-375-5283; or visit your local USCIS office.

Sincerely,

John M. Allen
SCOPS Deputy Associate Director of Adjudications
Officer: EX 5012

# Exhibit 2

**Department of Homeland Security**
U.S. Citizenship and Immigration Servi

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| RECEIPT NUMBER<br>EAC-17-063-51415 | | CASE TYPE I918 PETITION FOR U NONIMMIGRANT STATUS |
|---|---|---|
| RECEIVED DATE<br>December 16, 2016 | PRIORITY DATE | APPLICANT<br><br>MOJICA, GEORGINA |
| NOTICE DATE<br>January 4, 2017 | PAGE<br>1 of 1 | |

| | |
|---|---|
| RAED GONZALEZ<br>GONZALEZ OLIVIERI LLC<br>2200 SOUTHWEST FWY STE 550<br>HOUSTON TX 77098 | Notice Type: Receipt Notice<br><br>Fee Waived |

This notice is to advise you of action taken on this case. The official notice has been mailed according to the mailing preferences noted on the Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. Any relevant documentation was mailed according to the specified mailing preferences.

**Receipt Notice** - This notice confirms that USCIS received your application or petition ("this case") as shown above. **If any of the above information is incorrect, please immediately call 802-527-4888 or notify us in writing, with your signature. This** will help avoid future problems.

This notice does not grant any immigration status or benefit, nor is it evidence that this case is still pending. It only shows that the application or petition was filed on the date shown.

We will notify you by mail when we make a decision on this case or if we need something from you. If you do not receive an initial decision or update from us within our current processing time, check our website at WWW.USCIS.GOV or call 802-527-4888. Please save this notice, and any other notice we send you about this case, and please make and keep a copy of any papers; you send us by any means, along with any proof of delivery to us. Please have all these papers with you if you contact us about this case.

**Applications requiring biometrics** - In some types of cases USCIS requires biometrics. In such cases, USCIS will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must WAIT for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are: a passport or national photo identification issued by your country, a drivers license, military photo identification, or a state-issued photo identification card. If you receive more than one ASC appointment notice, even for different cases, take them both to the first appointment.

**If your address changes** - If your mailing address changes while your case is pending, submit your address change in writing, with your signature, to Vermont Service Center. Otherwise, you might not receive notice of our action on this case.

**Please note:** If you do not have an attorney of record or representative on your case changes must be submitted to the Vermont Service Center in writing and must contain your signature.

If you have other concerns about human trafficking or have reason to file a complaint and be referred to a Federal Law Enforcement Agency (LEA), contact the Department of Justice, Civil Rights Division, Trafficking in Persons and Worker Exploitation Task Force complaint line at 1-888-428-7581.

NOTICE: Pursuant to the terms of the United States Immigration & Nationality Act (INA), the information provided on and in support of applications and petitions is submitted under penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify information before and/or after adjudication to ensure conformity with applicable laws, rules, regulations, and other authorities. Methods used for verifying information may include, but are not limited to, the review of public information and records, contact by correspondence, the internet, or telephone, and site inspections of businesses and residences. Information obtained during the course of verification will be used to determine eligibility for the benefit sought. Applicants, petitioners, and representatives of record will be provided an opportunity to address derogatory information before any formal decision is made and/or proceeding is initiated.

VAWA Customer Service Hotline: 802-527-4888

**Please see the additional information on the back.** You will be notified separately about any other cases you filed.

VERMONT SERVICE CENTER
US CITIZENSHIP & IMMIGRATION SVCS
75 LOWER WELDEN STREET
SAINT ALBANS   VT   05479-0001
**Customer Service Telephone: (800) 375-5283**



# Exhibit 3

# GONZALEZ OLIVIERI LLC
### ABOGADOS DE INMIGRACIÓN · IMMIGRATION ATTORNEYS

August 18, 2025

USCIS
Attn: 1367
P.O. Box 650745
Dallas, TX 75265-0745

**RE:   MOJICA, Georgina**
**A# 212-922-902**
**EAC1706351415**

## Brief in Support of the Motion to Reopen and Reconsider (Form I-290B)

Dear Director:

Our office has been retained to represent the above-referenced individual in her immigration process. Our office is in receipt of the denial for the denial for Form I-290B, Notice of Appeal or Motion for Form I-918, U Nonimmigrant Status (Form I-918) dated August 5, 2025. We respectfully request for the Service to accept this I-290B and brief in support of the request for reopening and reconsidering of the decision made in this matter. Applicant respectfully seeks full and fair consideration for this filing. *See* Tab A—I-290B Decision; Tab B—Form G-28, Entry of Appearance. The Service granted Applicant until September 7, 2025, to submit Form I-290B. As such, Applicant asserts that her filing is timely.

## I.   BASIS FOR MOTION TO REOPEN AND RECONSIDER

The present request is filed as a Motion to Reopen. As noted in 8 C.F.R. § 103.5(a)(2):

> Requirements for motion to reopen. A motion to reopen must state the new facts to be provided in the reopened proceeding and be supported by affidavits or other documentary evidence. A motion to reopen an application or petition denied due to abandonment must be filed with evidence that the decision was in error because: ... (iii) The request for additional information or appearance was sent to an address other than that on the application, petition, or notice of representation.

Also, it is a Motion to Reconsider because the present was based on an incorrect application of Service policy. As noted in 8 C.F.R. § 103.5(a)(3):

> Requirements for motion to reconsider. A motion to reconsider must state the reasons for reconsideration and be supported by any pertinent precedent decisions to establish that the decision was based on an incorrect application of law or Service policy. A motion to reconsider a decision on an application or petition must, when filed, also establish that the decision was incorrect based on the evidence of record at the time of the initial decision.

9920 Gulf Fwy, Suite 100, Houston TX 77034, Tel:713-481-3040, Fax:713-588-8683
http://www.gonzalezolivierillc.com  http://www.evitaladeportacion.com
rgonzalez@gonzalezolivierillc.com

# GONZALEZ OLIVIERI LLC
### ABOGADOS DE INMIGRACIÓN · IMMIGRATION ATTORNEYS

In the case at bar, denial of Applicant's case was based on an alleged untimely response to the Service's previous I-918 denial dated February 25, 2025. *See* Tab A, *supra*. USCIS stated an incorrect date on the date of the decision. USCIS stated that Form I-918 was denied on February 20, 2025. *See* Tab C— Decision for Form I-918 dated February 25, 2025. This is incorrect information, USCIS denied Form I-918 on February 25, 2025. Applicant did submit Form I-290B, Notice of Appeal or Motion timely and response was received by USCIS on March 27, 2025, by the Service. *See* Tab D— Previous Form I-290B/Tracking information.

To clarify, on February 25, 2025, Applicant received her first I-918 denial stating that USCIS issued an RFE on October 10, 2024, and that a response was never received by the Service. USCIS denied Form I-918 as abandoned. On March 24, 2025, Applicant submitted Form I-290 to the Service. *See* Tab A, *supra*. However, Applicant asserts that the sole reason no response was forwarded to the USCIS, was not due to her fault, but rather due to the fact neither she nor her counsel actually received any correspondence from the Service containing the RFE in question. Applicant requests that her case be reopened and considered for approval as her failure to respond was due solely to non-receipt of USCIS' RFE.

## II.     FACTUAL BACKGROUND

On December 16, 2016, Applicant filed Form I-918, Petition for U Nonimmigrant Status with the USCIS. *See* Tab A, *supra*. According to the Service's denial, an RFE was issued on October 10, 2024, advising Applicant that the evidence supporting the application was insufficient to establish her eligibility at the time the application was filed. However, neither Applicant nor her attorney of record have received the RFE, as asserted by the Service.

As a result, following the denial of Applicant's Form, I-918, she is now submitting present brief in support of the motion to reopen, Form I-290B, that is being submitted in this matter.

## III.     U VISA ELIGIBILITY

Section 101(a)(15)(U) of the INA outlines the U-Visa eligibility requirements. According to this section applicant must demonstrate that:

(1) The alien has suffered substantial physical or mental abuse as a result of having being a victim of criminal activity described in clause (iii);
(2) The alien possesses information concerning criminal activity described in clause (iii);
(3) The alien has been helpful, is being helpful, or is likely to be helpful to a Federal, State, or local law enforcement official, prosecutor, judge, or local authorities investigating or prosecuting the criminal activity described in clause (iii); and
(4) The criminal activity violated the laws of the U.S. or occurred in the U.S. or the territories and possessions of the U.S. *Id*.

Clause (iii) of this section provides a list of crimes which can support a petition for U-Visa. INA § 101(a)(15)(U)(iii). *See also* 8 CFR § 214.14(a)(9).

**GONZALEZ OLIVIERI LLC**
ABOGADOS DE INMIGRACIÓN • IMMIGRATION ATTORNEYS

In this case, Applicant was a victim of Aggravated Robbery on January 14, 2016. According to the INA and the CFR, this offense is considered a qualifying crime for U visa purposes. *Id.* As result of being a victim of Aggravated Robbery, Applicant suffered substantial emotional abuse. Therefore, she meets all the statutory requirements for a U nonimmigrant visa, and as such requests that the present case be reopened and Service's RFE re-issued, so she can respond to the Service's concerns.

Additionally, pursuant 8 C.F.R. § 103.8(a)(1)(i), the USCIS is required to serve Applicants and their Attorneys of record with notices affecting their cases. In this instance, there was a failure in proper notice delivery, which deprived Applicant of the opportunity to timely respond. *See* 8 C.F.R. § 103.5(a)(2)(iii).

In sum, given that neither Attorney of record nor Applicant were aware of the RFE, it is respectfully requested for the USCIS to reopen this matter, so as to allow Applicant to submit the requested evidence and have her case adjudicated on its merits.

## IV.    CONCLUSION

In light of the above, Applicant respectfully seeks for the USCIS to grant her reopening and reconsidering request. She asks for the USCIS to review the records of her case, reopen her U-visa application, and resend the RFE, so as to give her an opportunity to respond to it, as Applicant is eligible for the benefit sought. The Service's favorable adjudication is being respectfully requested.

Sincerely,

Andrea Santiago, Esq.

**INDEX**

Tab A        Decision

Tab B        Form G-28, Entry of Appearance

Tab C        Decision for Form I-918 dated February 25, 2025

Tab D        Previous Form I-290B/Tracking information.

9920 Gulf Fwy, Suite 100, Houston TX 77034, Tel:713-481-3040, Fax:713-588-8683
http://www.gonzalezolivierillc.com  http://www.evitaladeportacion.com
rgonzalez@gonzalezolivierillc.com

# Exhibit 4



August 5, 2025

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
P.O. Box 82521
Lincoln, NE 68501-2521



**U.S. Citizenship
and Immigration
Services**



LIN2516451136



A212-922-902

GEORGINA MOJICA
c/o GONZALEZ OLIVIERI LLC
9920 GULF FWY STE 100
HOUSTON, TX 77034

RE: GEORGINA MOJICA
I-290B, Notice of Appeal or Motion

## DECISION

On March 27, 2025, you filed a Form I-290B, Notice of Appeal or Motion, as a motion to reopen and/or reconsider the decision of your Form I-918, Petition for U Nonimmigrant Status. Your Form I-918 was denied by U.S. Citizenship and Immigration Services (USCIS) on February 20, 2025.

Title 8, Code of Federal Regulations (8 CFR), section 103.5(a)(1)(i) states in pertinent part:

> …Any motion to reconsider an action by the Service filed by an applicant or petitioner must be filed within 30 days of the decision that the motion seeks to reconsider. Any motion to reopen a proceeding before the Service filed by an applicant or petitioner, must be filed within 30 days of the decision that the motion seeks to reopen, except that failure to file before this period expires, may be excused in the discretion of the Service where it is demonstrated that the delay was reasonable and was beyond the control of the applicant or petitioner.

8 CFR 103.8 provides:

> (b) Effect of service by mail. Whenever a person has the right or is required to do some act within a prescribed period after the service of a notice upon him and the notice is served by mail, 3 days shall be added to the prescribed period. Service by mail is complete upon mailing.

Further, 8 CFR 1.2 states in pertinent part:

> …Day, when computing the period of time for taking any action provided in this chapter I including the taking of an appeal, shall include Saturdays, Sundays, and legal holidays, except that when the last day of the period computed falls on a Saturday, Sunday, or a legal holiday, the period shall run until the end of the next day which is not a Saturday, Sunday, or a legal holiday…

In addition, 8 CFR 103.5(a)(4) states in pertinent part:

> …A motion that does not meet applicable requirements shall be dismissed…

Your motion to reopen or reconsider was not submitted within the 33 days prescribed for the filing of a motion under 8 CFR 103.5(a)(1)(i) and 8 CFR 103.8. Additionally, you have not demonstrated that you merit a favorable exercise of discretion for which USCIS may excuse the untimely filing of the motion.

The motion is dismissed under 8 CFR 103.5(a)(4) because it does not meet the filing requirements of a motion as defined by 8 CFR 103.5(a)(1)(i).

USCIS regulations do not provide for an appeal to this decision. However, you may file a motion to reopen or reconsider within thirty days of the date on this decision (33 days if this notice was received by mail). Any motion must be filed using Form I-290B, Notice of Appeal or Motion with the appropriate fee. Blank forms and current fee information are available online at www.uscis.gov under "Forms." Forms are also available by calling the USCIS Contact Center at 1-800-375-5283.

Sincerely,

John M. Allen
SCOPS Deputy Associate Director of Adjudications
Officer: EX 5012

# Exhibit 5

December 5, 2025

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
P.O. Box 82521
Lincoln, NE 68501-2521



**U.S. Citizenship and Immigration Services**

GEORGINA MOJICA
c/o GONZALEZ OLIVIERI LLC
9920 GULF FWY STE 100
HOUSTON, TX 77034

LIN2516451136



A212-922-902

RE: GEORGINA MOJICA
I-290B, Notice of Appeal or Motion

## DECISION

Title 8, Code of Federal Regulations, Part 103.5(a)(2) states, in pertinent part:

A motion to reopen an application or petition denied due to abandonment must be filed with evidence that the decision was in error because:

(i) The requested evidence was not material to the issue of eligibility;

(ii) The required initial evidence was submitted with the application or petition, or the request for initial evidence or additional information or appearance was complied with during the allotted period; or

(iii) The request for additional information or appearance was sent to an address other than that on the application, petition, or notice of representation, or that the applicant or petitioner advised the Service, in writing, of a change of address or change of representation subsequent to filing and before the Service's request was sent, and the request did not go to the new address.

On October 10, 2024, USCIS issued you a Request for Evidence (RFE) to the safe address on record, for the following:

- Updated or newly issued Form I-918, Supplement B;
- Statutory citations from Form I-918, Supplement B;
- Request for entries and exits; and
- Request for valid passport.

You were allotted 84 days to respond to this request and your response must have been received by USCIS on January 5, 2025.

A response to this request was not received. As such, on February 25, 2025, USCIS denied your Form I-918, Petition for U Nonimmigrant Status.

You have provided a brief with your motion. However, your brief does not establish (i) the requested evidence was not material to the issue of eligibility; (ii) The required initial evidence was submitted with the petition, or the request for initial evidence or additional information or appearance was complied with during the allotted period; or (iii) the request for additional information or appearance was sent to an address other than that on the petition or notice of representation, or that the petitioner advised the Service, in writing, of a change of address or change of representation subsequent to filing and before the Service's request was sent, and the request did not go to the new address.

Your motion does not meet the requirements for a motion to reopen a case denied due to abandonment. Therefore, your motion is dismissed. This dismissal does not preclude the filing of a new petition or application with a new fee; however, the priority or processing date of the abandoned application or petition will not be applied to the new filing.

If you disagree with this decision, you can submit a motion to reopen or reconsider by filing a Notice of Appeal or Motion (Form I-290B) within **33** days of the date of this decision. For the latest information on filing location, fee, and other requirements, please visit our Form I-290B page at https://www.uscis.gov/i-290b. If you need additional help, please visit our tools page at https://www.uscis.gov/tools, or call the USCIS Contact Center at 1-800-375-5283. If USCIS does not receive a properly filed motion, this decision will become final.

Sincerely,

Carrie M. Selby
Acting Associate Director, Service Center Operations
Officer: EX 5012

# Exhibit 6

February 18, 2026



AMANDA SOFIA KIRKPATRICK VILANOVA
GONZALEZ OLIVIERI LLC
9920 GULF FREEWAY STE 100
HOUSTON, TX 77034

RE: GEORGINA MOJICA
I-290B, Notice of Appeal or Motion

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
P.O. Box 82521
Lincoln, NE 68501-2521

**U.S. Citizenship
and Immigration
Services**



IOE0935304537



A212-922-902

## <u>DECISION</u>

On December 30, 2025, you filed a Form I-290B, Notice of Appeal or Motion, as a motion to reopen and/or reconsider the decision of your I-918, Petition for U Nonimmigrant Status. Your Form I-918 was denied by U.S. Citizenship and Immigration Services (USCIS) on February 25, 2025.

Title 8, Code of Federal Regulations (8 CFR), section 103.5(a)(1)(i) states in pertinent part:

…Any motion to reconsider an action by the Service filed by an applicant or petitioner must be filed within 30 days of the decision that the motion seeks to reconsider. Any motion to reopen a proceeding before the Service filed by an applicant or petitioner, must be filed within 30 days of the decision that the motion seeks to reopen, except that failure to file before this period expires, may be excused in the discretion of the Service where it is demonstrated that the delay was reasonable and was beyond the control of the applicant or petitioner.

8 CFR 103.8 provides:

(b) Effect of service by mail. Whenever a person has the right or is required to do some act within a prescribed period after the service of a notice upon him and the notice is served by mail, 3 days shall be added to the prescribed period. Service by mail is complete upon mailing.

Further, 8 CFR 1.2 states in pertinent part:

…Day, when computing the period of time for taking any action provided in this chapter I including the taking of an appeal, shall include Saturdays, Sundays, and legal holidays, except that when the last day of the period computed falls on a Saturday, Sunday, or a legal holiday, the period shall run until the end of the next day which is not a Saturday, Sunday, or a legal holiday…

In addition, 8 CFR 103.5(a)(4) states in pertinent part:

…A motion that does not meet applicable requirements shall be dismissed…

Your motion to reopen or reconsider was not submitted within the 33 days prescribed for the filing of a motion under 8 CFR 103.5(a)(1)(i) and 8 CFR 103.8. Additionally, you have not demonstrated that you merit a favorable exercise of discretion for which USCIS may excuse the untimely filing of the motion.

The motion is dismissed under 8 CFR 103.5(a)(4) because it does not meet the filing requirements of a motion as defined by 8 CFR 103.5(a)(1)(i).

If you disagree with this decision, you can submit a motion to reopen or reconsider by filing a Notice of Appeal or Motion (Form I-290B) within **33** days of the date of this decision. For the latest information on filing location, fee, and other requirements, please visit our Form I-290B page at https://www.uscis.gov/i-290b. If you need additional help, please visit our tools page at https://www.uscis.gov/tools, or call the USCIS Contact Center at 1-800-375-5283. If USCIS does not receive a properly filed motion, this decision will become final.

Sincerely,

Carrie M. Selby
Acting Associate Director, Service Center Operations
Officer: EX 5012

# Exhibit 7

# Houston Police Department

**00561591-6**



Houston Police Department
1200 Travis Street
Houston, Texas 77002
713-884-3131 Emergency Dial 9-1-1

Reported Date/Time
01/14/2016 01:02
Offense Report Title
Aggravated Robbery (Deadly Weapon)
Officer Name
MITCHELL, W T

## Administrative Information

Address
7902 DAIRY VIEW LN

| | | | | City | Zip |
|---|---|---|---|---|---|
| | | | | HOUSTON | 77072 |

| Dist/Beat | Station | District | From Date/Time | To Date/Time | Primary Unit |
|---|---|---|---|---|---|
| 19G30 | WS | 19 | (01/14/2016 00:55) | | 19G44N |

Officer 1 Name
MITCHELL, W T

Division
Westside - Nights - Field Training Unit

Officer 2 Name
SREBALUS, E J

Division
Westside - Nights - Patrol

| Weather | Offense County | | | Est. Loss Value | |
|---|---|---|---|---|---|
| CLEAR | Harris County | | | $750 to $2,499 | (Class A Misdemeanor) |

| Hate Crime | Family Violence | Metal Theft | Gang Crime |
|---|---|---|---|
| No | No | No | No |

## COM: MOJICA,GEORGINA

| Race | Sex | Ethnicity | | Height | Weight | Age |
|---|---|---|---|---|---|---|
| White | Female | Hispanic or Latino | (Y) | 5'02" | 150# | 53 |

Address
7902 DAIRY VIEW LN

| | City | State | Zip Code |
|---|---|---|---|
| | HOUSTON | TX | 77072 |

Phone(s): CE
(281)730-5157

| Report Officer | Printed At | |
|---|---|---|
| MITCHELL, W T | 04/06/2016 05:35 | Page: 1 of 2 |

# Houston Police Department

00561591-6

## PROPERTY SECTION

| | Brand/Make | Model | Qty | Account No. | Value |
|---|---|---|---|---|---|
| Currency,Negotiable Items | | | | | |
| Description | | Denomination | Issuer | | 600.00 |

| | Brand/Make | Model | Qty | Serial No. | Value |
|---|---|---|---|---|---|
| Purse | NO BRA | | 1 | | 100.00 |
| Description | | | | | |
| WHITE PURSE WITH BLACK HANDLES | | | | | |

| | Brand/Make | Model | Qty | Serial No. | Value |
|---|---|---|---|---|---|
| Phone (Car/Cell/House) | NO BRA | | 1 | | 200.00 |
| Description | | | | | |
| T-MOBILE WINDOWS PHONE | | | | | |

| | Brand/Make | Model | Qty | Serial No. | Value |
|---|---|---|---|---|---|
| License | TX | | 1 | | 1.00 |
| Description | | | | | |

| | Brand/Make | Model | Qty | Account No. | Value |
|---|---|---|---|---|---|
| VISA CARD | | | 1 | | 1.00 |
| Description | | Denomination | Issuer | | |

## VEHICLE SECTION

| | Year | Make | Model | Style |
|---|---|---|---|---|
| Auto | 0000 | Chrysler | 300C SRT-8/300M | 4-door Automobile or Truck |
| Value | | | | |
| 0.00 | | | | |

## Summary

WOMAN ROBBED AT GUN POINT BY TWO MASKED HISPANIC MALES. POSSIBLY FOLLOWED FROM HER PLACE OF WORK.

NO INJURIES
NO ARREST

| Report Officer | Printed At | | |
|---|---|---|---|
| MITCHELL, W T | 04/06/2016 05:35 | | Page: 2 of 2 |

# Exhibit 8

January 27, 2022

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
P.O. Box 82521
Lincoln, NE 68501-2521



**U.S. Citizenship
and Immigration
Services**

GEORGINA MOJICA
c/o GONZALEZ OLIVIERI LLC
2200 SOUTHWEST FWY STE 550
HOUSTON, TX 77098



EAC1706351415



RE: GEORGINA MOJICA
I-918, Petition for U Nonimmigrant Status

A212-922-902



## CORRESPONDENCE

On December 16, 2016, you submitted a Form I-918, Petition for U Nonimmigrant Status.  As the statutory cap for U-1 nonimmigrant status has been reached for this fiscal year, U.S. Citizenship and Immigration Services (USCIS) may not grant U-1 nonimmigrant status to any petitioner until new visas become available.  Under 8 U.S.C. 1184(p)(6) and 1103(a), the Department of Homeland Security (DHS) may conduct a bona fide determination, and if warranted as a matter of discretion, provide employment authorization and deferred action.

At this time, the evidence demonstrates your petition for U nonimmigrant status is bona fide, and you warrant a favorable exercise of discretion to receive employment authorization and deferred action. Because USCIS has determined your petition is bona fide and you warrant a favorable exercise of discretion, you will be issued an employment authorization document and have been placed in deferred action. Your employment authorization document and grant of deferred action are valid for a period of four years. Deferred action is an act of administrative convenience to the government which gives some cases lower priority for removal.

Under 8 U.S.C. 1184(p)(6), if USCIS determines your petition is bona fide, you may submit a Form I-765, Application for Employment Authorization with this office.  USCIS grants employment authorization based on the bona fide determination and favorable exercise of discretion described above under 8 U.S.C. 1184(p)(6), as well as under 8 CFR 274a.12(c)(14), which gives the agency the authority to provide employment authorization to noncitizens placed in deferred action.  On December 16, 2016, you filed a Form I-765, EAC1706351424, under 8 CFR, section 274a.12(c)(14).  This Form I-765 is based on your pending Form I-918, which USCIS has determined is bona fide. Please be aware that your currently filed Form I-765 will be adjudicated as if it were filed under 8 CFR, section 274a.12(c)(14).  You will receive separate correspondence regarding the adjudication of your Form I-765.

Priority for the issuance of U nonimmigrant status will be determined by the date the Form I-918 was received by USCIS.  Once a visa is available to you, USCIS will determine your eligibility for U nonimmigrant status and whether you are admissible to the United States.

If you are represented by an attorney, all further correspondence should be accompanied by Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative.

This notice does not constitute valid U nonimmigrant status or employment authorization, and may not be used to demonstrate legal immigration or employment status.

Sincerely,

L. Miller
Director
Officer: 0056



# Exhibit 9



**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

| | |
|---|---|
| **THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.** | |

| Receipt Number | Case Type |
|---|---|
| IOE0933515898 | I290B - NOTICE OF APPEAL OR MOTION |

| Received Date | | Applicant/Petitioner A212 922 902 |
|---|---|---|
| 08/20/2025 | | MOJICA, GEORGINA |

| Notice Date | Page | |
|---|---|---|
| 08/22/2025 | 1 of 1 | |

MOJICA, GEORGINA
c/o SANTIAGO, ANDREA
GONZALEZ OLIVIERI LLC
9920 GULF FREEWAY STE 100
HOUSTON TX 77034

**Notice Type:** Receipt Notice
Fee Waived

We have received your appeal or motion ("your case") listed above pertaining to the decision on your I90 with Receipt Number LIN2516451136. This notice only shows that your case was filed on the "Received Date" listed above. It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

If any of the above information is incorrect or you have any questions about the status of your case, please call the USCIS Contact Center (UCC) at 1-800-375-5283 (TDD number is 1-800-767-1833) or visit the USCIS website at www.uscis.gov. If you call us, please have your Alien Registration Number (A-Number) and/or the receipt number shown above. The receipt number is a tracking number for your case and will help with inquiries.

Processing time - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- Most of the time your case is pending, the process status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, contact the UCC at 1-800-375-5283 or visit our website at www.uscis.gov.

If your address changes - Aliens must report a change of address within ten (10) days of moving within the United States or its territories. To file a change of address visit the USCIS website at www.uscis.gov/addresschange or call UCC at 1-800-375-5283 (TDD number is 1-800-767-1833).

Return of Original Documents - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: If you wish to obtain your mother's birth certificate and your mother's/father's marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

NOTICE: The information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

National Benefits Center
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. BOX 25920
Overland Park KS 66225
USCIS Contact Center: www.uscis.gov/contactcenter



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  10/13/21

If you are visiting a field office and need directions, including public transportation directions, please see **www.uscis.gov/fieldoffices** for more information.

---

## Notice for Customers with Disabilities

---

To request a disability accommodation:

- Go to uscis.gov/accommodations to make your request online, or
- Call the USCIS Contact Center at 1-800-375-5283 (TTY 1-800-767-1833) for help in English or Spanish.

If you need a sign language interpreter, make your request as soon as you receive your appointment notice. The more advance notice we have of your accommodation request, the better prepared we can be and less likely we will need to reschedule your appointment. For more information about accommodations, visit uscis.gov/accommodationsinfo.

# Exhibit 10

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.



| Receipt Number | | Case Type |
|---|---|---|
| LIN2516451136 | | I290B - NOTICE OF APPEAL OR MOTION |
| **Received Date** 03/27/2025 | **Priority Date** | **Petitioner** A212 922 902 MOJICA , GEORGINA |
| **Notice Date** 12/02/2025 | **Page** 1 of 1 | **Beneficiary** A212 922 902 MOJICA , GEORGINA |

GEORGINA MOJICA
c/o GONZALEZ OLIVIERI LLC
9920 GULF FWY STE 100
HOUSTON TX  77034

**Notice Type:** Reopen Notice

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

**What the Official Notice Said**

We have reviewed the application or petition ("your case") listed above. We are treating the appeal filed for your case listed above as a USCIS motion to reopen or USCIS motion to reconsider. We will notify you in writing when we make a decision on your case or if we need additional information.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

SCOPS TEXAS FACILITY
U.S. CITIZENSHIP & IMMIGRATION SVC
6046 N BELT LINE RD.
IRVING TX 75038-0001

USCIS Contact Center: www.uscis.gov/contactcenter



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  10/13/21

If you are visiting a field office and need directions, including public transportation directions, please see **www.uscis.gov/fieldoffices** for more information.

## Notice for Customers with Disabilities

To request a disability accommodation:

- Go to uscis.gov/accommodations to make your request online, or
- Call the USCIS Contact Center at 1-800-375-5283 (TTY 1-800-767-1833) for help in English or Spanish.

If you need a sign language interpreter, make your request as soon as you receive your appointment notice. The more advance notice we have of your accommodation request, the better prepared we can be and less likely we will need to reschedule your appointment. For more information about accommodations, visit uscis.gov/accommodationsinfo.

# Exhibit 11



Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | Case Type |
|---|---|
| IOE0935304537 | I290B - NOTICE OF APPEAL OR MOTION |
| **Received Date** 12/30/2025 | **Applicant/Petitioner** A212 922 902 MOJICA, GEORGINA |
| **Notice Date** 01/20/2026 | **Page** 1 of 1 |

MOJICA, GEORGINA
c/o KIRKPATRICK VILANOVA, AMANDA SOFIA
GONZALEZ OLIVIERI LLC
9920 GULF FREEWAY STE 100
HOUSTON TX  77034

**Notice Type:** Receipt Notice
Fee Waived

We have received your appeal or motion ("your case") listed above pertaining to the decision on your I90 with Receipt Number EAC1706351415. This notice only shows that your case was filed on the "Received Date" listed above. It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

If any of the above information is incorrect or you have any questions about the status of your case, please call the USCIS Contact Center (UCC) at 1-800-375-5283 (TDD number is 1-800-767-1833) or visit the USCIS website at www.uscis.gov. If you call us, please have your Alien Registration Number (A-Number) and/or the receipt number shown above. The receipt number is a tracking number for your case and will help with inquiries.

Processing time - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- Most of the time your case is pending, the process status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, contact the UCC at 1-800-375-5283 or visit our website at www.uscis.gov.

If your address changes - Aliens must report a change of address within ten (10) days of moving within the United States or its territories. To file a change of address visit the USCIS website at www.uscis.gov/addresschange or call UCC at 1-800-375-5283 (TDD number is 1-800-767-1833).

Return of Original Documents - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: If you wish to obtain your mother's birth certificate and your mother's/father's marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

NOTICE: The information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

National Benefits Center
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. BOX 25920
Overland ParkKS66225
USCIS Contact Center: www.uscis.gov/contactcenter



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  10/13/21

If you are visiting a field office and need directions, including public transportation directions, please see **www.uscis.gov/fieldoffices** for more information.

## Notice for Customers with Disabilities

To request a disability accommodation:

- Go to uscis.gov/accommodations to make your request online, or
- Call the USCIS Contact Center at 1-800-375-5283 (TTY 1-800-767-1833) for help in English or Spanish.

If you need a sign language interpreter, make your request as soon as you receive your appointment notice. The more advance notice we have of your accommodation request, the better prepared we can be and less likely we will need to reschedule your appointment. For more information about accommodations, visit uscis.gov/accommodationsinfo.