United States District Court
Southern District of Texas
**ENTERED**
September 29, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GEORGINA MOJICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-26-4371 |
| | § | |
| MARKWAYNE MULLIN, *et. al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

# ORDER

Pending before the Court is Defendants' Motion to Dismiss Complaint (Document 13). The Court notes Plaintiff Georgina Mojica has filed her Notice of Non-Opposition to Defendants' Motion to Dismiss (Document No. 14). Having considered the motion, submissions, and applicable law, the Court determines that Defendants' motion should be granted. Accordingly, the Court hereby

**ORDERS** that Defendants' Motion to Dismiss Complaint (Document No. 13) is **GRANTED**. The Court further

**ORDERS** that Plaintiff Geogina Mojica's claims against Defendants Markwayne Mullin, Joseph B. Edlow, and Carrie M. Shelby, are hereby **DISMISSED WITHOUT PREJUDICE**.

SIGNED at Houston, Texas, on this 29 day of September, 2026.

DAVID HITTNER
United States District Judge